UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CN1A

| | |
|---|---|
| IN RE: | CASE NO: 09-20596-C-13 |
| RONALD & CINDY B HOLDER | SSN: XXX-XX-4277 |
| | SSN: XXX-XX-3507 |
| Debtors | FILING DATE: Mon, Sep 14, 2009 |

## AMENDED NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

ANY AND ALL PARTIES DISPUTING THE CLAIM INFORMATION CONTAINED IN THIS NOTICE SHOULD CONTACT THE OFFICE OF THE CHAPTER 13 TRUSTEE IMMEDIATELY.

COMES NOW, Cindy Boudloche, Standing Chapter 13 Trustee and will show the Court that she has examined the proofs of claim in the above referenced case. After such examination, the Trustee proposed that all claims be allowed for the amounts listed below. Any zero (.00) amounts indicate a claim has not been filed. Creditors may still file claims, but objections may be filed to any late filed claims. If an objection is sustained, the claim will not be paid. If no party objects to a late filed claim within 21 days of notification of the late filed claim or an objection is not sustained, the claim will be paid.

| Claim No. | Classification | Code | Creditor Name | Claim Amount | Claim Filed |
|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | RONALD W HOLDER | 0.00 | NO |
| 0 | ATTORNEY FEE | | MALAISE LAW FIRM PC | 0.00 | NO |
| 1 | ATTORNEY FEES | | MALAISE LAW FIRM PC | 2,500.00 | YES |
| 2 | POSTCONF ATTY FEES PF | | MALAISE LAW FIRM PC | 385.00 | YES |
| 3 | POSTCONF ATTY FEES PF | | MALAISE LAW FIRM PC | 100.00 | YES |
| 4 | SECURED | O | CITIMORTGAGE INC | 119,837.01 | YES |
| 5 | SECURED | S | BANK OF THE WEST | 14,671.50 | YES |
| 6 | VEHICLE SECURED | O | CHASE AUTO FINANCE | 10,542.58 | YES |
| 7 | UNSECURED | | DELL FINANCIAL SERVICES LP | 2,294.30 | YES |
| 8 | SECURED | S | HSBC BANK NEVADA NA | 7,899.93 | YES |
| 9 | VEHICLE SECURED | O | NAVY ARMY FEDERAL CREDIT UNI | 0.00 | NO |
| 10 | VEHICLE SECURED | O | NAVY ARMY FEDERAL CREDIT UNI | 0.00 | NO |
| 11 | VEHICLE SECURED | O | WELLS FARGO AUTO FINANCE | 11,070.64 | YES |
| 12 | UNSECURED | | ATLANTIC CREDIT AND FINANCE II | 4,307.18 | YES |
| 13 | UNSECURED | | CR EVERGREEN LLC | 21,417.39 | YES |
| 14 | UNSECURED | | CR EVERGREEN LLC | 28,066.26 | YES |
| 15 | UNSECURED | | JEFFERSON CAPITAL SYSTEMS LLC | 10,607.85 | YES |
| 16 | UNSECURED | | CAPITAL ONE BANK | 0.00 | NO |
| 17 | UNSECURED | | CITIBANK | 0.00 | NO |
| 18 | UNSECURED | | ULTRAMAR DIAMOND SHAMROCK | 2,494.39 | YES |
| 19 | UNSECURED | | EXXMBLCITI | 0.00 | NO |
| 20 | UNSECURED | | PORTFOLIO RECOVERY ASSOC LLC | 3,097.09 | YES |
| 21 | UNSECURED | | PORTFOLIO RECOVERY ASSOC LLC | 1,250.09 | YES |
| 22 | UNSECURED | | MIDLAND CREDIT MANAGEMENT I | 27,263.12 | YES |
| 23 | UNSECURED | | PORTFOLIO RECOVERY ASSOC LLC | 2,366.55 | YES |
| 24 | STUDENT LOANS | | US DEPT OF EDUCATION | 12,225.04 | YES |
| 25 | NOTICE ONLY CREDITOR | Y | AT & T | 0.00 | NO |
| 26 | UNSECURED | | GEMB | 0.00 | NO |

#260

CASE NO:   09-20596-C-13    RONALD & CINDY B HOLDER

| Claim No. | Classification | Code | Creditor Name | Claim Amount | Claim Filed |
|---|---|---|---|---|---|
| 27 | NOTICE ONLY CREDITOR | Y | RECOVERY MANAGEMENT SYSTEM | 0.00 | NO |
| 28 | NOTICE ONLY CREDITOR | Y | NATL BANKRUPTCY SVC.COM LLC | 0.00 | NO |
| 29 | NOTICE ONLY CREDITOR | Y | HSBC BANK NEVADA NA | 0.00 | NO |
| 30 | STUDENT LOANS | | US DEPT OF EDUCATION | 6,147.12 | YES |
| 31 | NOTICE ONLY CREDITOR | Y | BANK OF THE WEST | 0.00 | NO |

CODES

O = PAID OUTSIDE
S = PROPERTY SURRENDERED TO LIENHOLDER
Y = NO DISTRIBUTION WILL OCCUR
NCF = NO CLAIM FILED, ADEQUATE PROTECTION PAID IN THE AMOUNT REFLECTED AS CLAIM

A notice was sent to each creditor listed above advising each creditor of the information contained in this notice. All creditors are advised to contact the Trustee if the creditor disagrees with the information contained in this notice. A copy of this notice was also sent to the Debtors, Debtors' Counsel and the United States Bankruptcy Court.

WHEREFORE, the Trustee prays that those claims which have been filed be allowed as shown in the above listed claims list for the purpose of distribution pursuant to the confirmed Chapter 13 Plan and all other orders of this Court, and that any objection to claim not filed within 21 days after service hereof is Barred.

DATED:  Tue, Feb 22, 2011                                          /s/   CINDY BOUDLOCHE

CINDY BOUDLOCHE
CHAPTER 13 TRUSTEE
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

CASE NO: 09-20596-C-13 RONALD & CINDY B HOLDER

## CERTIFICATE OF SERVICE

I Certify that on or about Tue, Feb 22, 2011, a copy of the foregoing Notice of the Trustee's Intent to Pay Claims was delivered to BNC to be served electronically or by United States Mail to the Debtors, Debtors' Counsel and all parties listed on the Court's mailing matrix.

/s/ CINDY BOUDLOCHE
CINDY BOUDLOCHE, TRUSTEE